[No. 14555-0-I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LAMONT
ERIC WILKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03291-8, Herbert M. Stephens, J.,
entered March 9, 1984. *Affirmed* by unpublished opinion

per Ringold, J., concurred in by Corbett, C.J., and Williams, J.